**Robert L. BLAND, Plaintiff–Appellant,**

v.

**O.P. & C.M.I.A., Defendant–Appellee.**

No. 14–1633.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 18, 2014.

Filed: Sept. 24, 2014.

Robert L. Bland, Kansas City, MO, pro se.

Bruce C. Jackson, Jr., Michael Gerard Newbold, Arnold & Newbold, Kansas City, MO, for Defendant–Appellee.

Before LOKEN, MURPHY, and GRUENDER, Circuit Judges.

PER CURIAM.

Robert L. Bland appeals the district court's[1] order denying his motion for summary judgment and granting summary judgment for O.P. & C.M.I.A. (the union). After de novo review, *see Torgerson v. City of Rochester*, 643 F.3d 1031, 1042–43 (8th Cir.2011) (en banc), we affirm. We conclude that summary judgment for the union was appropriate. As Bland failed to produce evidence that the union referred union members outside the protected class for work during the time in question, he failed to support his Title VII claim that the union "fail[ed] or refuse[d] to refer [him] for employment" on account of his race. 42 U.S.C. § 2000e–2(c)(2); *c.f. Jackson v. United Parcel Serv., Inc.*, 643 F.3d 1081, 1086 (8th Cir.2011).

Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.